FILED: July 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1449
(1:24-cv-00672-SAG)

_____

MARYLAND ELECTION INTEGRITY, LLC; UNITED SOVEREIGN AMERICANS, INC.

    Plaintiffs - Appellants

v.

MARYLAND STATE BOARD OF ELECTIONS

    Defendant - Appellee

and

BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW

    Amicus Curiae

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion to accelerate case processing and expedite the decision, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk