# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES
_____

No.   24-1449,   <u>Maryland Election Integrity, LLC v. Maryland State Board of Elections</u>
          1:24-cv-00672-SAG

TO:   Maryland State Board of Elections
      United Sovereign Americans, Inc.
      Maryland Election Integrity, LLC

RESPONSE DUE: 09/12/2024

Response is required to the notice requesting information regarding similar cases on or before 09/12/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Taylor Barton, Deputy Clerk
804-916-2702