UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 24-1449

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Gibson, et al. v. Maryland, et al., No. 23-1369 was submitted on brief in December 2023. The case arguably presents a standing issue similar to that presented in the present appeal.

Signature: /s/ Daniel Kobrin          Counsel for: Appellees

Date: 9/12/24

File using event: **RESPONSE/ANSWER (to Similar Case notice)**